FILED
2019 DEC -9 PM 1: 35
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

DOCKET NO. 19 - 12688           DIVISION



**RHONDA CANNON, MARCUS WHITE, BARBARA NEVILLE AND ROYAL NEVILLE, JR.**

versus

**CSX TRANSPORTATION**

FILED: _____          **DEPUTY CLERK**

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

Receipt Number    794306
Register          CDC Cash Register 1
Case Number       2019-12688
Grand Total       $515.50
Amount Received   $515.50
Balance Due       $0.00
Over Payment      $0.00

Payment / Transaction List
Check # 3892 $515.50

Item                    Charged    Paid     Bal
Petition for Damages    $444.50   $444.50   $0.00
Judicial College        $0.50     $0.50     $0.00
                        $0.00
Indigent Legal Fee      $10.00    $10.00    $0.00
                        $0.00
Supreme Court-Proc      $10.00    $10.00    $0.00

## PETITION FOR DAMAGES

The petition of **RHONDA CANNON, MARCUS WHITE, BARBARA NEVILLE AND ROYAL NEVILLE, JR.**, persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, through undersigned counsel, respectfully represent that:

1.

The following are made defendants herein:

   1. **CSX Transportation**, upon information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

On or about the 6th day of January, at approximately 1:00 P.M. plaintiffs, **RHONDA CANNON, MARCUS WHITE, BARBARA NEVILLE AND ROYAL NEVILLE, JR.**, were attending church services inside of the Mount Pilgrim Missionary Baptist Church on Elaine Street in Eastern New Orleans.

3.

At approximately the same time, employees of defendant **CSX Transportation** were remotely operating a train on the railroad tracks directly outside of the Mount Pilgrim Missionary Baptist Church on Elaine Street when suddenly the train derailed and headed straight for the church building..

4.

When the defendant CSX train left the tracks it careened directly towards the Mount Pilgrim Missionary Baptist Church and because of the proximity of



VERIFIED 12/10/19

the train and the building, when the train rolled onto its side, the force of the impact between the train and the ground shook both the church building and its occupants, causing both persons and building to suffer injuries and damages.

5.

At no time relevant hereto were plaintiffs, **RHONDA CANNON, MARCUS WHITE, BARBARA NEVILLE or ROYAL NEVILLE, JR.**, guilty of any comparative fault contributing to the collision or resulting injuries. The aforesaid event sued upon herein was proximately caused by the fault and negligence of defendant, **CSX Transportation**, and it's employees in the following non-exclusive particulars:

a.   Careless operation;

b.   Failure to maintain control of their train while operating on public/private tracks;

c.   Operation of a train in a reckless manner;

d.   Failure to see what should have been seen;

e.   Operation of a train at an excessive and unsafe rate of speed;

f.   Operation of a train in a careless and inattentive manner;

g.   Violation of applicable local, state, and federal highway laws and regulations regarding the operation of a railroad train, which statutes are incorporated herein by reference;

h.   Any and all other acts of negligence, recklessness, and fault as will be shown at the trial of this matter.

i. Improper training of employees in handling railroad equipment

6.

As a result of the aforesaid event sued upon herein, plaintiff, **RHONDA CANNON** has sustained the following non-exclusive list of damages:

    a.   Past, present, and future physical pain, suffering, and anguish;

    b.   Past, present, and future mental fright, shock, and anguish;

    c.   Loss of enjoyment of life;

    d.   Permanent residual disability;

    e.    Past, present, and future hospital, physician, and other related medical expenses;

    f.    Past, present, and future lost wages;

    g.    Other elements of damages which will be detailed with particularity at the trial of this matter.

### 7.

As a result of the aforesaid collision sued upon herein, plaintiff, **MARCUS WHITE** has sustained the following non-exclusive list of damages:

    a.    Past, present, and future physical pain, suffering, and anguish;

    b.    Past, present, and future mental fright, shock, and anguish;

    c.    Loss of enjoyment of life;

    d.    Permanent residual disability;

    e.    Past, present, and future hospital, physician, and other related medical expenses;

    f.    Past, present, and future lost wages;

    g.    Other elements of damages which will be detailed with particularity at the trial of this matter.

### 8.

As a result of the aforesaid event sued upon herein, plaintiff, **BARBARA NEVILLE** has sustained the following non-exclusive list of damages:

    a.    Past, present, and future physical pain, suffering, and anguish;

    b.    Past, present, and future mental fright, shock, and anguish;

    c.    Loss of enjoyment of life;

    d.    Permanent residual disability;

    e.    Past, present, and future hospital, physician, and other related medical expenses;

    f.    Past, present, and future lost wages;

    g.    Other elements of damages which will be detailed with particularity at the trial of this matter.

9.

As a result of the aforesaid event sued upon herein, plaintiff, **ROYAL NEVILLE, JR.** has sustained the following non-exclusive list of damages:

- a. Past, present, and future physical pain, suffering, and anguish;
- b. Past, present, and future mental fright, shock, and anguish;
- c. Loss of enjoyment of life;
- d. Permanent residual disability;
- e. Past, present, and future hospital, physician, and other related medical expenses;
- f. Past, present, and future lost wages;
- g. Other elements of damages which will be detailed with particularity at the trial of this matter.

10.

Upon information and belief, at the time of the event sued upon herein, defendant **CSX Transportation** had several unknown employees engaged in operating the train that derailed. Plaintiffs aver that at all times relevant hereto, these employees were in the course and scope of their work and jobs with defendant **CSX Transportation** and therefore, **CSX Transportation,** under the theory of Respondeat Superior, is liable for any and all damages occasioned by their employees while in the course and scope of their employment.

11.

At all times relevant hereto, plaintiff Royal Neville, Jr. was the head pastor at the Mount Pilgrim Missionary Baptist Church, and therefore represents the congregation in making a claim for damage to the church building. Plaintiff Royal Neville, Jr. asserts his claim for physical damages to the Mount Pilgrim Missionary Baptist Church building as a result of the derailment of the **Transportation** train.

12.

WHEREFORE, your Petitioners, **RHONDA CANNON, MARCUS WHITE , BARBARA NEVILLE and ROYAL NEVILLE, JR.**, pray that a copy of this Petition be served on the defendant, **CSX Transportation,** and that they be cited to

appear and answer the same, and, after due proceedings had, that there be judgment in favor of your petitioners, **RHONDA CANNON and MARCUS WHITE, BARBARA NEVILLE and ROYAL NEVILLE, JR.**, in a full and true sum as is justified in the premises and against the defendant, **CSX Transportation**, together with legal interest from the date of judicial demand, until paid, for all costs of these proceedings, including attorney's fees and for all general and equitable relief.

Respectfully submitted,

BY: _____

LAURENCE D. COHEN (#1304)
702 N. Carrollton Ave.
New Orleans, La. 70119
504-284-3800
504-482-6988 facsimile
Attorney for RHONDA CANNON
MARCUS WHITE, BARBARA
NEVILLE and ROYAL NEVILLE, JR.,

**PLEASE SERVE DEFENDANTS:**

**CSX TRANSPORTATION**
Through its agent for service of process,
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816